**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 20, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 20, 2010**

_____
**Arthur I. Harris
United States Bankruptcy Judge**

_____

BK1006565
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-14750 |
| Eliduvina A. Rosa | Chapter 7<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT<br>1717 AMBERLEY AVENUE, CLEVELAND, OH 44109** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **9**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 1717 Amberley Avenue Cleveland, OH 44109.

###

SUBMITTED BY:

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

James B Kerner, Esq. - Attorney for Debtor
525 Avon Belden Rd
Suite 5
Avon Lake, OH 44012
jbklaw1@centurytel.net
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Eliduvina A. Rosa - Debtor
1717 Amberley Avenue
Cleveland, OH 44109
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Sheldon Stein - Trustee
50 Public Square
Suite 400 P.O. 5606
Cleveland, OH 44101
sstein@epiqtrustee.com
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE